# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL GRAHAM; ALEXUS DIGGS; and
HEATHER CONNOLLY, *on behalf of themselves
and all others similarly situated*,         20-cv-496
*Plaintiffs-Petitioners*,

v.

ALLEGHENY COUNTY; and ORLANDO
HARPER, *Warden of Allegheny County Jail*,
*Defendants-Respondents*.

## Defendants' Response to Motion for Preliminary Injunction

    1.    Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

    2.    Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

    3.    Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

    4.    Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

    5.    Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

6. Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

7. Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

8. Denied. The Allegheny County Jail has taken and is taking reasonable measures to protect its inmates and employees from COVID-19.

WHEREFORE, Allegheny County and Orlando Harper respectfully demand that the Court deny Plaintiffs' Motion for a Preliminary Injunction.

Respectfully submitted,

/s/John A. Bacharach

Allegheny County Assistant Solicitor
PA ID 19665
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA  15219
(412) 350-1150