# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GRAHAM; ALEXUS DIGGS; and HEATHER CONNOLLY, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>ALLEGHENY COUNTY; and ORLANDO HARPER, *Warden of Allegheny County Jail*,<br><br>*Defendants-Respondents*. | Civil Action No. 2:20-cv-00496<br><br>**ELECTRONICALLY FILED**<br><br>**IMMEDIATE RELIEF SOUGHT** |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

The parties respectfully request that this Honorable Court enter the parties' Proposed Consent Order, attached as Exhibit 1, and as support therefor aver as follows:

1. Plaintiffs filed a motion for preliminary injunction on April 9, 2020, asking this Court to, *inter alia*, require that Defendants instituting policies and reasonable accommodations, consistent with the CDC's public health guidelines to protect people incarcerated at the Allegheny County Jail from COVID-19.

2. After numerous discussions, the parties have reached an agreement on the policies and reasonable accommodations that the Allegheny County Jail will follow to protect people from COVID-19.

3. Accordingly, the parties are jointly submitting a proposed consent order that, if approved by the Court, will resolve the plaintiffs' motion for preliminary injunction.

WHEREFORE, the parties respectfully request that this Court enter the Proposed Consent Order attached as Exhibit 1.

Respectfully submitted,

*/s/ Sara J. Rose*
Sara J. Rose, Esq.
PA ID No.: 204936
*/s/ Witold J. Walczak*
Witold J. Walczak, Esq.
PA ID No.: 62976
**American Civil Liberties Union of Pennsylvania**
PO Box 23058
Pittsburgh, PA 15222
T: (412) 681-7864 (tel.)
F: (412) 681-8707
srose@aclupa.org
vwalczak@aclupa.org

*/s/ Alexandra Morgan-Kurtz*
Alexandra Morgan-Kurtz, Esq.
PA ID No. 312631
**Pennsylvania Institutional Law Project**
100 Fifth Ave, Ste. 900
Pittsburgh, Pa 15222
T: (412) 434-6175
amorgan-kurtz@pailp.org

*/s/ Sozi Pedro Tulante*
Sozi Pedro Tulante, Esq.
PA ID No. 202579
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
T: (215) 994-2496
F: (215) 665-2496
Sozi.tulante@dechert.com
*Admitted pro hac vice*

*Attorneys for Petitioners/Plaintiffs*

*/s/ Bret Grote*
Bret D. Grote, Esq.
PA ID No. 317273
*/s/ Quinn Cozzens*
Quinn Cozzens, Esq.
PA ID No. 323353
*/s/ Jaclyn Kurin*
Jaclyn Kurin, Esq.
D.C. Bar ID No. 1600719
*/s/ Jules Lobel,*
Jules Lobel, Esq.
Of Counsel
N.Y. Bar No. 1262732
*/s/ Swain Uber*
Swain Uber, Esq.
Of Counsel
PA I.D. No. 323477
**Abolitionist Law Center**
P.O. Box 8654
Pittsburgh, PA 15221
T: (412) 654-9070
bretgrote@abolitionistlawcenter.org
qcozzens@alcenter.org

   */s/ John A. Bacharach*
   John A. Bacharach, PA ID 19665
   Allegheny County Assistant Solicitor
   Allegheny County Law Department

300 Fort Pitt Commons Building
445 Fort Pitt Boulevard Pittsburgh, PA 15219
Tel: (412) 350-1150
john.bacharach@AlleghenyCounty.us

*Counsel for Defendants*