**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL GRAHAM; ALEXUS DIGGS; and HEATHER CONNOLLY, *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs-Petitioners*, <br><br> v. <br><br> ALLEGHENY COUNTY; and ORLANDO HARPER, *Warden of Allegheny County Jail*, <br><br> *Defendants-Respondents*. | Civil Action No. 2:20-cv-00496 |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR CONSENT ORDER**

COME NOW, this _____ day of _____, 2020, the Joint Motion for Entry of Consent Order is hereby GRANTED and the Consent Order attached as Exhibit 1 to the Joint Motion is entered.

BY THE COURT

_____

1