IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GRAHAM; ALEXUS DIGGS; and HEATHER CONNOLLY, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>ALLEGHENY COUNTY; and ORLANDO HARPER, *Warden of Allegheny County Jail*,<br><br>*Defendants-Respondents*. | Civil Action No. 2:20-cv-00496-CRE<br><br>**ELECTRONICALLY FILED** |

**ORDER**

COME NOW, this  24th  day of   March   , 2021, this Court hereby orders that the following terms agreed to by the Parties and submitted to this Court via Stipulation are incorporated into the Consent Order of May 27, 2020:

1. Allegheny County agrees to Plaintiffs' request to implement intake testing. All individuals newly admitted to Allegheny County Jail will now be offered a COVID test on at least two occasions prior to their transfer out of intake housing.

    a. Allegheny County will use Binax Now Test or a test of equal or superior reliability to test all individuals for COVID-19 who are admitted into the facility.

        i. If a person is symptomatic but their Binax Now or equivalent test result is negative, then PCR test will be administered.

        ii. If a person is asymptomatic but their Binax Now or equivalent test result is positive, then a PCR test will be administered.

    b. All individuals who are admitted into Allegheny County Jail shall receive a second test to take place between days 7 and 10 of the 14-day quarantine period. A negative test will be required prior to an individual being placed in the general population or otherwise transferred out of intake housing.

    c. In the event that an individual refuses testing, the current quarantine procedures will be utilized.

2. The intake testing will begin on April 12, 2021.

3. Intake testing results will be produced to Plaintiffs' counsel in the same manner as testing results are currently being produced.

BY THE COURT

\_\_s\Cathy Bissoon_____
United States District Judge