IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GRAHAM; ALEXUS DIGGS; and HEATHER CONNOLLY, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>ALLEGHENY COUNTY; and ORLANDO HARPER, *Warden of Allegheny County Jail*,<br><br>*Defendants-Respondents*. | Civil Action No. 2:20-cv-00496-CRE<br><br>Chief United States Magistrate Judge Cynthia Reed Eddy<br><br>**ELECTRONICALLY FILED** |

## JOINT CASE MANAGEMENT ORDER

AND NOW this <u>25th</u> day of <u>March</u>, 2021, the Court adopts the following case management order:

1. The Court shall hold regular status conferences for purposes of tracking the progress of and addressing issues related to the vaccination of inmates and staff at the Allegheny County Jail (ACJ). These status conferences will be held at least monthly, though they may be more frequent if the Court decides. The Court will issue a separate scheduling Order, and the parties will be required to submit a joint status report prior to each conference.

2. The parties shall complete fact discovery by August 20, 2021.

3. Plaintiff's Expert Reports are due on or before <u>September 20, 2021</u>.

4. Defendant's Expert Reports are due on or before <u>October 20, 2021</u>.

5. Depositions of all experts shall be on or before <u>November 20, 2021</u>.

6. Summary Judgment motions shall be due by <u>December 20, 2021,</u> with briefs limited to 20 pages; Responses to Summary Judgment motions due by <u>January 20, 2022,</u> with briefs limited to 20 pages; and Replies due by <u>February 3, 2022,</u> with briefs limited to 5 pages.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status ,or pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court.  Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge